IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDON HILL**  **PLAINTIFF**
**#661261**

v.                        No: 3:20-cv-304-DPM

**KEITH BOWERS, Administrator,**
**Craighead County Detention Center**               **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Hill hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 December 2020