IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDON HILL**  **PLAINTIFF**
**#661261**

v.   No: 3:20-cv-304-DPM

**KEITH BOWERS, Administrator,**
**Craighead County Detention Center**   **DEFENDANT**

## JUDGMENT

Hill's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 December 2020